Case 7:23-cv-00215   Document 10   Filed on 06/04/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MICHAEL JESSE BACCARO, SR. ) | |
| ) | CIVIL ACTION NUMBER |
| VS. ) | M-23-215 |
| ) | |
| HIDALGO COUNTY DETENTION ) | |
| CENTER, et al. ) | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

The Court has reviewed the Magistrate Judge's Reports and Recommendations regarding Plaintiff Michael Jesse Baccaro's cause of action. After having reviewed the said Reports and Recommendations, the Court is of the opinion that the conclusions in said Reports and Recommendations should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry Number 6 and Docket Entry Number 8 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to the plaintiff.

DONE on this 4th day of June, 2025, at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE